IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THQ INC. | § | |
| | § | |
| **Plaintiff and** | § | |
| **Counterclaim-Defendant** | § | |
| v. | § | Case No. 1:13-cv-01651-LPS |
| | § | |
| ZUFFA, LLC | § | |
| | § | |
| **Defendant and** | § | PUBLIC VERSION - REDACTED |
| **Counterclaim-Plaintiff,** | § | |
| *and* | § | |
| ZUFFA MARKETING, LLC | § | |
| d/b/a "ULTIMATE FIGHTING | § | **Demand for Jury Trial** |
| CHAMPIONSHIP," "PRIDE FIGHTING | § | |
| CHAMPIONSHIP," AND "PRIDE FC"; | § | |
| AND ELECTRONIC ARTS INC., | § | |
| | § | |
| **Defendants.** | § | |

**DECLARATION OF ERIN R. FAY IN SUPPORT OF
ZUFFA, LLC'S, ZUFFA MARKETING, LLC'S, AND ELECTRONIC ARTS INC.'S
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

I, Erin R. Fay, hereby declare under penalty of perjury as follows:

      1.    I am an attorney licensed to practice law in the states of Delaware and Wisconsin. I am an associate with the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel for Defendants Zuffa, LLC, ("Zuffa") Zuffa, Marketing, LLC, and Electronic Arts Inc. ("EA") in the above-captioned matter. I submit this Declaration in support of, and concurrently with, Defendants' Motion for Judgment on the Pleadings. I have personal knowledge of the facts set forth herein, and, if called upon to do so, would testify competently thereto.

      2.    Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Amended and Restated Merchandise License Agreement between Zuffa and THQ Inc. ("THQ") dated October 7, 2010.

Original Filing Date: February 20, 2014
Redacted Filing Date: February 27, 2014

3. Attached hereto as <u>Exhibit B</u> is a true and correct screen shot of a Google Finance chart showing THQ share prices from January 7, 2011 to December 30, 2011.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Settlement, Mutual Release, and License Agreement between Zuffa and THQ dated June 1, 2012.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the confidentiality agreement between THQ and EA dated December 11, 2011.

Executed this 20th day of February, 2014.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Erin R. Fay (DE Bar No. 5268)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: efay@mnat.com

*Attorneys for Defendant and Counterclaim-Plaintiff Zuffa, LLC, and Defendants Zuffa Marketing, LLC, and Electronic Arts Inc.*