IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THQ INC. | § | |
|     Plaintiff and Counterclaim-Defendant | § | |
| v. | § | Case No. 1:13-cv-01651-LPS |
| ZUFFA, LLC | § | |
|     Defendant and Counterclaim-Plaintiff | § | |
| And | § | |
| ZUFFA MARKETING, LLC d/b/a "ULTIMATE FIGHTING CHAMPIONSHIP," "PRIDE FIGHTING CHAMPIONSHIP," AND "PRIDE FC"; ELECTRONIC ARTS INC.; AND DANNY BILSON. | § | |
|     Defendants. | § | |

## STIPULATION OF DISMISSAL

THQ Inc., (hereinafter "THQ" or "Plaintiff") and Zuffa, LLC, Zuffa Marketing, LLC, (hereinafter "Zuffa") and Electronic Arts Inc., (hereinafter "EA") and Danny Bilson ("Bilson," and together with Zuffa and EA, the "Defendants") hereby file this Stipulation of Dismissal of all claims and counterclaims in this case pursuant to Rule 41(a)(1). The parties stipulate that this dismissal is with prejudice, with each party to bear its own costs.

Dated: April 29, 2015                Respectfully submitted,

**ROSENTHAL MONHAIT & GODDESS, P.A.**

By: */s/ Norman M. Monhait*
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, Delaware 19801
Telephone:   (302) 656-4433
Facsimile:    (302) 658-7567
Email: nmonhait@rmgglaw.com

-and-

**GRUBER HURST JOHANSEN HAIL SHANK LLP**

G. Michael Gruber
Jeffrey R. Erler
Orrin Harrison
Laura M. Fontaine
William S. Richmond
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone:   (214) 855-6800
Facsimile:    (214) 855-6808
Email: mgruber@ghjhlaw.com
            jerler@ghjhlaw.com
            oharrison@ghjhlaw.com
            lfontaine@ghjhlaw.com
            brichmond@ghjhlaw.com

*Attorneys for Plaintiff THQ Inc.*

-and-

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

By: */s/ Erin R. Fay*
Robert J. Dehney (DE Bar No. 3578)
Erin R. Fay (DE Bar No. 5268)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email: rdehney@mnat.com
           efay@mnat.com

*Attorneys for Defendants Zuffa, LLC, Zuffa Marketing, LLC, and Electronic Arts Inc.*

-and-

**MILBANK TWEED HADLEY & McCLOY LLP**

Thomas R. Kreller (CA Bar No. 161922)
Robert J. Liubicic (CA Bar No. 271565)
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063
Email: tkreller@milbank.com
           rliubicic@milbank.com

*Attorneys for Defendant and Counterclaim-Plaintiff Zuffa, LLC, and Defendant Zuffa Marketing, LLC*

-and-

**KENDALL BRILL & KLIEGER LLP**

Robert N. Klieger (CA Bar No. 192962)
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705
Email: rklieger@kbkfirm.com

*Attorneys for Defendant Electronic Arts Inc.*

-and-

**PROCTOR HEYMAN ENERIO LLP**

By: */s/ Samuel T. Hirzel*
Samuel T. Hirzel (DE Bar No. 4415)
300 Delaware Avenue, Suite 200
Wilmington, Delaware 19801
Telephone: (302) 472-7300
Facsimile: (302) 472-7320
Email: SHirzel@proctorheyman.com
*Attorneys for Defendant Danny Bilson*